**Order entered February 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01421-CR

### STACY STINE CARY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81637-2011**

## ORDER

The Court **GRANTS** court reporter LaTresta Ginyard's February 18, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Ginyard to file the reporter's record within TEN DAYS from the date of this order.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE